**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01443-CR

**MELVIN JERMAIN JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F-11-60284-X**

## ORDER

The Court **GRANTS** the State's November 5, 2013 motion for extension of time to file the State's brief.  We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      LANA MYERS
         JUSTICE